**Adeline COTTON, Petitioner,**

v.

**DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, United States Department of Labor; Newport News Shipbuilding and Dry Dock Company, Respondents.**

No. 02–1253.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 6, 2002.

Decided Sept. 24, 2002.

Adeline Cotton, Petitioner Pro Se. Patricia May Nece, United States Department of Labor, Washington, D.C.; Lawrence Philip Postol, Seyfarth Shaw, Washington, D.C., for Respondents.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Adeline Cotton seeks review of the Benefits Review Board's decisions and orders affirming the administrative law judges' denial of long term disability benefits pursuant to the Longshore and Harbor Workers Compensation Act, 33 U.S.C.A. §§ 901 to 950 (West 2001). Our review of the record discloses that the Board's decisions are based upon substantial evidence and are without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Cotton v. Newport News Shipbuilding & Dry Dock Co.,* Nos. 01–0420; 92–2333 (BRB Jan. 24, 2002; Nov. 29, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*